Mukund Rathi (State Bar No. 330622)
mukund@eff.org
Cindy Cohn (State Bar No. 145997)
cindy@eff.org
Corynne McSherry (State Bar No. 221504)
corynne@eff.org
Aaron Mackey (State Bar No. 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for J. Doe*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE | Case No. _____ <br><br> **[PROPOSED] ORDER GRANTING J. DOE'S MOTION TO QUASH SUBPOENA** |

The Court, having considered J. Doe's Motion to Quash Subpoena, the pleadings herein, the papers filed in support of the motion, and any oral argument, now hereby, ORDERS that J. Doe's Motion to Quash is GRANTED.

DATED: _____, 2023        _____

                                                                             Hon. _____