CAND Pay.gov Application for Refund (rev. 10/19)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. | **Your Name:*** Victoria Python | 7. **Your Phone Number:** (415) 436-9333 | |
| 2. | **Your Email Address: *** victoria@eff.org | 8. **Full Case Number (if applicable):** 3:23-mc-80005 | |
| 3. | **Receipt Number:*** ACANDC-17874278 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. | **Transaction Date:*** 01/05/2023 | | |
| 5. | **Transaction Time:*** 06:26:24 ET | | |
| 6. | **Transaction Amount (Amount to be refunded):*** $ 49.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

After submitting the credit card payment to open the above-referenced case on 1/5/23, I received an error message that the payment did not go through despite receiving a receipt from pay.gov of this payment. [ACANDC-17874191 on 1/5/23 at 06:11:59 ET] I called the help desk and was informed that this sometimes happens and that we could submit this form to request a refund. Unfortunately, I could not proceed with the case opening until I submitted the payment again which I did resulting in the duplicate "incorrect" transaction referenced above. Attached are the two pay.gov receipts. Kindly refund the duplicate payment of $49 at your earliest convenience. Thank you!

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY ||
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): ||
| Referred for OSC date (if applicable): ||

Monday, January 9, 2023 at 11:01:03 Pacific Standard Time

**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
**Date:** Thursday, January 5, 2023 at 3:12:24 PM Pacific Standard Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Victoria Python

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 5063610
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $49.00
Tracking Id: ACANDC-17874191
Approval Code: 271656
Card Number: ************4328
Date/Time: 01/05/2023 06:11:59 ET


NOTE: This is an automated message. Please do not reply

**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
**Date:** Thursday, January 5, 2023 at 3:26:55 PM Pacific Standard Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Victoria Python

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

```
Account Number: 5063610
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $49.00
Tracking Id: ACANDC-17874278
Approval Code: 366300
Card Number: ************4328
Date/Time: 01/05/2023 06:26:24 ET
```

NOTE: This is an automated message. Please do not reply