CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Victoria Python | 7. **Your Phone Number:** | (415) 436-9333 |
| 2. **Your Email Address: *** | victoria@eff.org | 8. **Full Case Number (if applicable):** | 3:23-mc-80005 |
| 3. **Receipt Number:*** | ACANDC-17874278 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☒ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 01/05/2023 | | |
| 5. **Transaction Time:*** | 06:26:24 ET | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 49.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

After submitting the credit card payment to open the above-referenced case on 1/5/23, I received an error message that the payment did not go through despite receiving a receipt from pay.gov of this payment. [ACANDC-17874191 on 1/5/23 at 06:11:59 ET] I called the help desk and was informed that this sometimes happens and that we could submit this form to request a refund. Unfortunately, I could not proceed with the case opening until I submitted the payment again which I did resulting in the duplicate "incorrect" transaction referenced above. Attached are the two pay.gov receipts. Kindly refund the duplicate payment of $49 at your earliest convenience. Thank you!

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>✗ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 1/20/2023 | Request approved/denied by: *Ana P. Ranarea* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please enter the receipt number to be refunded in Field 3, and the correct receipt in Field 10. | |
| Referred for OSC date (if applicable): | |