Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Victoria Python | 7. **Your Phone Number:** | (415) 436-9333 |
| 2. **Your Email Address: *** | victoria@eff.org | 8. **Full Case Number (if applicable):** | 3:23-mc-80005-AGT |
| 3. **Receipt Number:*** | ACANDC-17874191 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 01/05/2023 | | |
| 5. **Transaction Time:*** | 06:11:59 ET | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $49.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

We were charged $49 (see receipt number in Field #3) to open this case, but received an error message and had to resubmit payment in order to open the case resulting in being billed twice for same event. See correct receipt number ACANDC-17874278 on 1/5/23 at 06:26:24 ET. Receipts for both charges of $49 are attached. Kindly refund the duplicate charge. Thank you.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY ||
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): ||
| Referred for OSC date (if applicable): ||

Monday, January 9, 2023 at 11:01:03 Pacific Standard Time

**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
**Date:** Thursday, January 5, 2023 at 3:12:24 PM Pacific Standard Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Victoria Python

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 5063610
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $49.00
Tracking Id: ACANDC-17874191
Approval Code: 271656
Card Number: ************4328
Date/Time: 01/05/2023 06:11:59 ET


NOTE: This is an automated message. Please do not reply

Monday, January 9, 2023 at 11:00:34 Pacific Standard Time

**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT
**Date:** Thursday, January 5, 2023 at 3:26:55 PM Pacific Standard Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Victoria Python

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 5063610
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $49.00
Tracking Id: ACANDC-17874278
Approval Code: 366300
Card Number: ************4328
Date/Time: 01/05/2023 06:26:24 ET

NOTE: This is an automated message. Please do not reply