UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE, INC. | Case No. 23-mc-80005-AGT<br><br>**ORDER RE: MOTION TO QUASH**<br>Re: Dkt. No. 1 |

If Daniel D'Ambly intends to oppose J. Doe's motion to quash D'Ambly's subpoena to Cloudflare, Inc., D'Ambly must file an opposition by February 6, 2023.

The undersigned cannot resolve Doe's motion to quash unless the movant and respondent both consent to magistrate jurisdiction. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022). Doe has consented, but D'Ambly has not. If D'Ambly wishes to consent, he must file a consent form and check the box next to "CONSENT to Magistrate Judge Jurisdiction," by February 6, 2023. If D'Ambly doesn't file a consent form by February 6, or if D'Ambly files a consent form and checks the box next to "DECLINE Magistrate Judge Jurisdiction," the Clerk of the Court will reassign Doe's motion to a district judge for further proceedings.

By January 25, 2023, Doe must serve D'Ambly with a copy of this order and with a consent form, by any means reasonably calculated to provide actual notice, and file proof of service.

**IT IS SO ORDERED.**

Dated: January 23, 2023

Alex G. Tse
United States Magistrate Judge