1  Mukund Rathi (State Bar No. 330622)
   mukund@eff.org
2  Cindy Cohn (State Bar No. 145997)
   cindy@eff.org
3  Corynne McSherry (State Bar No. 221504)
   corynne@eff.org
4  Aaron Mackey (State Bar No. 286647)
   amackey@eff.org
5  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
6  San Francisco, California 94109
   Telephone: (415) 436-9333
7  Facsimile: (415) 436-9993

8  Counsel for J. Doe

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  IN RE SUBPOENA TO CLOUDFLARE    )   Case No. 3:23-mc-80005-AGT
                                    )
15                                  )   **PROOF OF SERVICE**
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21                                  )
                                    )
22

23

24

25

26

27

28

---

Case No. 3:23-mc-80005-AGT                              PROOF OF SERVICE

**PROOF OF SERVICE**

I, Victoria Python, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Francisco, State of California. My business address is 815 Eddy Street, San Francisco, California 94109. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On January 23, 2023, I caused the following documents to be served by email and FedEx Standard Overnight delivery on the parties listed below:

**LETTER TO PLAINTIFFS' COUNSEL TRANSMITTING:**

(1) **JANUARY 23, 2023 ORDER RE MOTION TO QUASH (DKT. NO. 9)**

(2) **MAGISTRATE JUDGE CONSENT FORM**

| | |
|---|---|
| Patrick Trainor<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Ste 201<br>Rutherford, NJ 07070<br>Phone: (201) 777-3327<br>Email: pt@ptesq.com<br><br>*Counsel to Plaintiffs in D'Ambly v. Exoo* | Julia Rieper<br>Cloudflare<br>1401 K Street, NW<br>Washington, DC 20005-3418<br>Phone: (202) 860-9053<br>Email: jrieper@cloudflare.com<br><br>*Counsel to Cloudflare* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 23, 2023

*Victoria Python*
Victoria Python