UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　　Defendant. | Case No.　23-mc-80005-AGT<br><br>**REASSIGNMENT ORDER** |

　　　　J. Doe's motion to quash isn't "part of an ongoing civil case" in this Court, so a ruling on the motion will "necessarily dispose[] of the ultimate relief sought." *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (simplified). The motion, then, is construed as a "dispositive matter," which means that the undersigned cannot issue a binding ruling on the motion "without the parties' consent." *Id.*

　　　　The consent of all parties is lacking. Daniel D'Ambly, the party who served the subpoena, hasn't timely entered an appearance and consented to magistrate jurisdiction. Because not all parties have consented, the Clerk of the Court shall reassign this matter to a district judge.

　　　　**IT IS SO ORDERED.**

Dated: February 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge