Mukund Rathi (State Bar No. 330622)
mukund@eff.org
Cindy Cohn (State Bar No. 145997)
cindy@eff.org
Corynne McSherry (State Bar No. 221504)
corynne@eff.org
Aaron Mackey (State Bar No. 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for J. Doe

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE | Case No. 3:23-mc-80005-HSG<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Victoria Python, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Francisco, State of California. My business address is 815 Eddy Street, San Francisco, California 94109. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On February 8, I caused the following documents to be served by email and U.S. Mail on the parties listed below:

**REASSIGNMENT ORDER**

**ORDER REASSIGNING CASE**

**STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.**

| | |
|---|---|
| Patrick Trainor<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Ste 201<br>Rutherford, NJ 07070<br>Phone: (201) 777-3327<br>Email: pt@ptesq.com<br><br>*Counsel to Plaintiffs in D'Ambly v. Exoo* | Julia Rieper<br>Cloudflare<br>1401 K Street, NW<br>Washington, DC 20005-3418<br>Phone: (202) 860-9053<br>Email: jrieper@cloudflare.com<br><br>*Counsel to Cloudflare* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on February 8, 2023

*Victoria Python*
Victoria Python