Mukund Rathi (State Bar No. 330622)
mukund@eff.org
Cindy Cohn (State Bar No. 145997)
cindy@eff.org
Corynne McSherry (State Bar No. 221504)
corynne@eff.org
Aaron Mackey (State Bar No. 286647)
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for J. Doe*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE | Case No. 3:23-mc-80005-HSG<br><br>**REPLY IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA** |

For the reasons set forth in Doe's opening brief, to which subpoena issuant Daniel D'Ambly's has failed to respond, this Court should grant Doe's motion to quash the subpoena.

On January 5, 2023, three days before the subpoena's return date, Doe filed the motion to quash and served D'Ambly via counsel, as listed on the subpoena. Dkts. 1-3. On January 23, Magistrate Judge Alex G. Tse ordered D'Ambly to file any opposition, and any consent to magistrate judge jurisdiction, by February 6, 2023. Dkt. 9. Judge Tse also ordered Doe to serve

D'Ambly with a copy of the Court's order and with a consent form. *Id*. On January 24, Doe complied with the Court's order. Dkt. 10. On February 7, Judge Tse ordered the case to be reassigned, and the clerk reassigned the case to Judge Haywood S. Gilliam, Jr. On February 9, Doe served D'Ambly's lawyer with the Court's reassignment order and Judge Gilliam's standing order for civil cases.

As the opening brief explains, the subpoena violates the Federal Rules of Civil Procedure's prohibition on subpoenas that cause an undue burden or are overbroad, as well as Doe's First Amendment rights to anonymity and free association. Doe properly served D'Ambly, who failed to timely defend his subpoena. Doe respectfully requests that the Court end the continuing burden the threat of disclosure poses, and quash the subpoena.

DATED:  February 13, 2023                      */s/ Mukund Rathi*
Mukund Rathi
mukund@eff.org
Cindy Cohn
cindy@eff.org
Corynne McSherry
corynne@eff.org
Aaron Mackey
amackey@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for J. Doe*

**PROOF OF SERVICE**

I, Victoria Python, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Francisco, State of California. My business address is 815 Eddy Street, San Francisco, California 94109. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On February 13, I caused the foregoing document to be served by email and U.S. Mail on the parties listed below:

| Patrick Trainor<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Ste 201<br>Rutherford, NJ 07070<br>Phone: (201) 777-3327<br>Email: pt@ptesq.com<br><br>*Counsel to Plaintiffs in D'Ambly v. Exoo* | Julia Rieper<br>Cloudflare<br>1401 K Street, NW<br>Washington, DC 20005-3418<br>Phone: (202) 860-9053<br>Email: jrieper@cloudflare.com<br><br>*Counsel to Cloudflare* |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on February 13, 2023

*Victoria Python*
Victoria Python