| | |
|---|---|
| 1 | Aaron Mackey (State Bar No. 286647) |
|   | amackey@eff.org |
| 2 | Cindy Cohn (State Bar No. 145997) |
|   | cindy@eff.org |
| 3 | Corynne McSherry (State Bar No. 221504) |
| 4 | corynne@eff.org |
|   | ELECTRONIC FRONTIER FOUNDATION |
| 5 | 815 Eddy Street |
|   | San Francisco, California 94109 |
| 6 | Telephone: (415) 436-9333 |
| 7 | Facsimile: (415) 436-9993 |
| 8 | *Counsel for J. Doe* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE | Case No. 4:23-mc-80005-HSG |
| | **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Aaron Mackey will and hereby does substitute for Mukund Rathi as counsel in this action:

> Aaron Mackey (CA SBN 286647)
> Electronic Frontier Foundation
> 815 Eddy Street
> San Francisco, CA 94109
> Tel.: (415) 436-9333
> Fax: (415) 436-9993
> Email: amackey@eff.org

1

Please serve said counsel with all pleadings and notices in this action. Please note that Mukund Rathi is no longer counsel to the Electronic Frontier Foundation and should be removed from the docket.

Dated: March 16, 2023					By:  /s/ Aaron Mackey
							Aaron Mackey
							Electronic Frontier Foundation
							815 Eddy Street
							San Francisco, CA 94109
							Tel.: (415) 436-9333
							Fax: (415) 436-9993
							Email: amackey@eff.org

							*Counsel for J. Doe*

**PROOF OF SERVICE**

I, Victoria Python, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Francisco, State of California. My business address is 815 Eddy Street, San Francisco, California 94109. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On March 16, I caused the following document to be served by email and U.S. Mail on the parties listed below:

**NOTICE OF SUBSTITUTION OF COUNSEL**

| Patrick Trainor<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Ste 201<br>Rutherford, NJ 07070<br>Phone: (201) 777-3327<br>Email: pt@ptesq.com<br><br>*Counsel to Plaintiffs in D'Ambly v. Exoo* | Julia Rieper<br>Cloudflare<br>1401 K Street, NW<br>Washington, DC 20005-3418<br>Phone: (202) 860-9053<br>Email: jrieper@cloudflare.com<br><br>*Counsel to Cloudflare* |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on March 16, 2023

*Victoria Python*
Victoria Python