Aaron Mackey (State Bar No. 286647)
amackey@eff.org
Cindy Cohn (State Bar No. 145997)
cindy@eff.org
Corynne McSherry (State Bar No. 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for J. Doe

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE | ) Case No. 3:23-mc-80005-HSG |
| | ) |
| | ) **PROOF OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1

**PROOF OF SERVICE**

2

I, Victoria Python, declare as follows:

3

I am over the age of 18 years and not a party to the within action. I am employed in the

4

County of San Francisco, State of California. My business address is 815 Eddy Street, San Francisco,

5

California 94109. I am employed in the office of a member of the bar of this court at whose direction

6

the service was made.

7

8

On April 28, 2023, I caused the following documents to be served by first-class mail, postage

9

prepaid, and return receipt requested on the parties listed below:

10

**NOTICE OF MOTION AND J. DOE'S MOTION TO QUASH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA**

11

12

**DECLARATION OF MUKUND RATHI IN SUPORT OF J. DOE'S MOTION TO QUASH SUBPOENA**

13

14

**[PROPOSED] ORDER GRANTING J. DOE'S MOTION TO QUASH SUBPOENA**

15

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA**

16

17

**CERTIFICATE OF SERVICE**

18

**DOCKET TEXT: CASE ASSIGNED TO MAGISTRATE JUDGE ALEX G. TSE**

19

**CONSENT TO MAGISTRATE JUDGE**

20

**ORDER RE: MOTION TO QUASH**

21

**PROOF OF SERVICE**

22

**LETTER TO PLAINTIFFS COUNSEL TRANSMITTING: (1) JANUARY 23, 2023 ORDER RE MOTION TO QUASH (DKT. NO. 9) (2) MAGISTRATE JUDGE CONSENT FORM**

23

24

**REASSIGNMENT ORDER**

25

**ORDER REASSIGNING CASE**

26

**STANDING ORDER FOR CIVIL CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.**

27

28

**REPLY IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA (SUPPLEMENTAL BRIEF)**

1

**NOTICE OF SUBSTITUTION OF COUNSEL**

**ORDER TO SHOW CAUSE**

| | |
|---|---|
| Patrick Trainor<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Ste 201<br>Rutherford, NJ 07070<br>Phone: (201) 777-3327<br>Email: pt@ptesq.com<br><br>*Counsel to Plaintiffs in D'Ambly v. Exoo* | Julia Rieper<br>Cloudflare<br>1401 K Street, NW<br>Washington, DC 20005-3418<br>Phone: (202) 860-9053<br>Email: jrieper@cloudflare.com<br><br>*Counsel to Cloudflare* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 28, 2023

*Victoria Python*
Victoria Python

1