# Exhibit A

**Subject:** Re: In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005 (NDCA)
**Date:** Thursday, January 5, 2023 at 4:47:57 PM Pacific Standard Time
**From:** Patrick Trainor, Esq.
**To:** Victoria Python, jrieper@cloudflare.com
**CC:** Mukund Rathi, Aaron Mackey, Cindy Cohn, Corynne McSherry

Thank you Ms. Python (great name btw). I hope we don't get hacked between now and February 9th.


Sincerely,


Patrick Trainor, Esq.

**THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070

Phone (201) 777-3327 | eFacsimile (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and confidential information intended for the sole use of the recipient (s) named. Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited. If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** Victoria Python <victoria@eff.org>
**Sent:** Thursday, January 5, 2023, 7:00 PM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>; jrieper@cloudflare.com <jrieper@cloudflare.com>
**Cc:** Mukund Rathi <mukund@eff.org>; Aaron Mackey <amackey@eff.org>; Cindy Cohn <cindy@eff.org>; Corynne McSherry <corynne@eff.org>
**Subject:** In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005 (NDCA)

Dear Counsel,

With regard to the matter referenced above, please find service copies of the following documents filed

today which documents are also being sent to you by U.S. Mail:

1. **NOTICE OF MOTION AND J. DOE'S MOTION TO QUASH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA**

2. **DECLARATION OF MUKUND RATHI IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA**

3. **[PROPOSED] ORDER GRANTING J. DOE'S MOTION TO QUASH SUBPOENA**

4. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF J. DOE'S MOTION TO QUASH SUBPOENA**

5. **CERTIFICATE OF SERVICE**

Best wishes,

Victoria Python
Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105