# Exhibit B

| | |
|---|---|
| **Subject:** | In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005 (NDCA) |
| **Date:** | Thursday, January 12, 2023 at 12:23:06 PM Pacific Standard Time |
| **From:** | Victoria Python |
| **To:** | Patrick Trainor, Esq., jrieper@cloudflare.com |
| **CC:** | Mukund Rathi, Aaron Mackey, Cindy Cohn, Corynne McSherry |
| **Attachments:** | 23-mc-80005-AGT_Doe Notice of consent to MJ.pdf, Notice_of_MJ_Assignment_Election_Form.pdf |

Dear Counsel,

With regard to the matter referenced above, please find attached service copy of consent to magistrate judge.  Also attached is Notice of Assignment of Case to a United States Magistrate Judge for Trial.

Thank you,

Victoria Python
Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105