# Exhibit C

**Subject:** In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005 (NDCA)
**Date:** Monday, January 23, 2023 at 4:11:01 PM Pacific Standard Time
**From:** Victoria Python
**To:** Patrick Trainor, Esq., jrieper@cloudflare.com
**CC:** Mukund Rathi, Aaron Mackey, Cindy Cohn, Corynne McSherry
**Attachments:** 2023-01-23 Letter to D'Ambly counsel with enclosures.pdf, 2023-01-23 Proof of Service.pdf

Dear Counsel:

With regard to the matter referenced above, please see attachments which are also being sent to you by FedEx, standard overnight delivery.

Victoria Python
Senior Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105