# Exhibit D

| | |
|---|---|
| **Subject:** | In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005 (NDCA) |
| **Date:** | Tuesday, February 7, 2023 at 2:49:39 PM Pacific Standard Time |
| **From:** | Mukund Rathi |
| **To:** | Patrick Trainor, Esq. |
| **CC:** | Aaron Mackey |
| **Attachments:** | 012 Reassignment Order.pdf, 013 Order Reassigning Case.pdf |

Counsel,

I am reaching out to ask that your client, Daniel D'Ambly, withdraw his subpoena that EFF moved to quash in the case referenced above. On January 23, EFF served you with the court's order that you must file any opposition by February 6, which has now passed. And without your consent to magistrate jurisdiction, the court has assigned a new judge (see attached). We want to save the court's time and ask that you email Cloudflare's counsel, Julia Rieper, jrieper@cloudflare.com, and withdraw the subpoena. Please copy me on that email and then we can dismiss the case referenced above.

Regards,

**Mukund Rathi**
Stanton Fellow
Electronic Frontier Foundation
mukund@eff.org