# Exhibit E

| | |
|---|---|
| **Subject:** | In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005-AGT-HSG (NDCA) |
| **Date:** | Wednesday, February 8, 2023 at 5:09:44 PM Pacific Standard Time |
| **From:** | Victoria Python |
| **To:** | Patrick Trainor, Esq., jrieper@cloudflare.com |
| **CC:** | Aaron Mackey, Mukund Rathi, Corynne McSherry, Cindy Cohn |
| **Attachments:** | 012 Reassignment Order.pdf, 013 Order Reassigning Case.pdf, HSG_Civil_Standing_Order_1-4-2022.pdf, 2023-02-08 Proof of Service.pdf |

Dear Counsel:

With regard to the matter referenced above, please find attached Reassignment Order, Order Reassigning Case, and Standing Order for Civil Cases before District Judge Haywood S. Gilliam, Jr. with proof of service. These documents are also being sent to you by U.S. Mail.

Best wishes,

Victoria Python
Senior Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105