# Exhibit F

| | |
|---|---|
| **Subject:** | In Re Subpoena to Cloudflare; Case No. 3:23-mc-80005-HSG (NDCA) |
| **Date:** | Monday, February 13, 2023 at 5:06:57 PM Pacific Standard Time |
| **From:** | Victoria Python |
| **To:** | Patrick Trainor, Esq., jrieper@cloudflare.com |
| **CC:** | Mukund Rathi, Aaron Mackey, Corynne McSherry, Cindy Cohn |
| **Attachments:** | 23-mc-80005-HSG J. Doe reply iso motion to quash subpoena.pdf |

Dear Counsel:

With regard to the matter referenced above, please see the attached which was filed today.

Thank you,

Victoria Python
Senior Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105