# Exhibit G

| | |
|---|---|
| **Subject:** | In Re Subpoena to Cloudflare; Case No. 4:23-mc-80005-HSG (NDCA) |
| **Date:** | Thursday, March 16, 2023 at 4:29:31 PM Pacific Daylight Time |
| **From:** | Victoria Python |
| **To:** | Patrick Trainor, Esq., jrieper@cloudflare.com |
| **CC:** | Aaron Mackey, Mukund Rathi, Cindy Cohn, Corynne McSherry |
| **Attachments:** | 23-mc-80005-HSG Notice of Substitution.pdf |

Dear Counsel,

With regard to the matter referenced above, please see the attached Notice of Substitution of Counsel filed with the court today which notice is also being sent to you by U.S. Mail.

Thank you,

Victoria Python
Senior Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105