# Exhibit I

# USPS Tracking®

Tracking  / FAQs 

 Track Packages Anytime, Anywhere   Get the free Informed Delivery® feature to receive automated notifications on your packages   **Learn More**

**Tracking Number:**

# 7019164000081230613

Remove ✕

Copy     Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 1:33 pm on May 1, 2023 in RUTHERFORD, NJ 07070.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ⊘ Delivered

**Delivered, Left with Individual**

RUTHERFORD, NJ 07070
May 1, 2023, 1:33 pm

See All Tracking History