| | |
|---|---|
| 1 | Aaron Mackey (State Bar No. 286647) |
| | amackey@eff.org |
| 2 | Cindy Cohn (State Bar No. 145997) |
| | cindy@eff.org |
| 3 | Corynne McSherry (State Bar No. 221504) |
| | corynne@eff.org |
| 4 | ELECTRONIC FRONTIER FOUNDATION |
| | 815 Eddy Street |
| 5 | San Francisco, California 94109 |
| | Telephone: (415) 436-9333 |
| 6 | Facsimile: (415) 436-9993 |
| 7 | Counsel for J. Doe |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO CLOUDFLARE | Case No. 3:23-mc-80005-HSG |
| | **PROOF OF SERVICE** |

Case No. 3:23-mc-80005-HSG                                         PROOF OF SERVICE

**PROOF OF SERVICE**

I, Madeleine Mulkern, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Francisco, State of California. My business address is 815 Eddy Street, San Francisco, California 94109. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On May 8, 2023, I deposited the following documents in sealed envelopes with the United States Postal Service, with first class mail postage fully prepaid, certified mail, and return receipt requested on the parties listed below:

**DOE'S RESPONSE TO ORDER TO SHOW CAUSE**

**DECLARATION OF AARON MACKEY IN SUPPORT OF J. DOE'S REPSONSE TO ORDER TO SHOW CAUSE**

**EXHIBITS A THROUGH I TO AARON MACKEY DECLARATION IN SUPPORT OF J. DOE'S RESPONSE TO ORDER TO SHOW CAUSE**

| | |
|---|---|
| Patrick Trainor<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Ste 201<br>Rutherford, NJ 07070<br>Phone: (201) 777-3327<br>Email: pt@ptesq.com<br><br>*Counsel to Plaintiffs in D'Ambly v. Exoo* | Julia Rieper<br>Cloudflare<br>1401 K Street, NW<br>Washington, DC 20005-3418<br>Phone: (202) 860-9053<br>Email: jrieper@cloudflare.com<br><br>*Counsel to Cloudflare* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on May 8, 2023.

*[signature: Madeleine Mulkern]*

_____
Madeleine Mulkern